IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Case No. 2:19-cr-00116 |
| Plaintiff, | : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : |
| SEAN HEISA, | : |
| | : |
| | : |
| Defendant. | : |

## ORDER

This matter is before the Court on Magistrate Judge King's Report and Recommendation Accepting Defendant Sean Heisa's plea of guilty to four Counts in the Indictment: Count One (Mailing False Information and Hoaxes, in violation of 18 U.S.C. § 1038(a)(1)), and Counts Four, Seven, and Fourteen (Mailing Threatening Communications, in violation of 18 U.S.C. § 876(c)). (Doc. 37.) The Report and Recommendation was filed on October 31, 2019, and the parties had fourteen days thereafter to raise any Objections. Neither side has filed an Objection to the Report and Recommendation, and the time for doing so has now passed.

Having reviewed the Report and Recommendation, the Court finds that Magistrate Judge King reached the correct conclusion. Accordingly, the Court **ADOPTS** Magistrate Judge King's October 31, 2019 Report and Recommendation as this Court's findings of fact and conclusions of law. Defendant's guilty plea is hereby **ACCEPTED**.

**IT IS SO ORDERED.**

/s/ Algenon L. Marbley
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: January 7, 2020**