**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | **Case No. 2:19-cr-00116** |
| **Plaintiff,** : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | |
| **SEAN HEISA,** : | |
| : | |
| : | |
| **Defendant.** : | |

**ORDER**

This matter is before the Court on two Motions: (1) Defendant's Motion to Withdraw Guilty Plea [#49]; and (2) Defendant's Motion to Strike Motion to Withdraw Guilty Plea [#50]. Defendant, through counsel, represents that he no longer wishes to withdraw his guilty plea. Accordingly, the Court **GRANTS** Defendant's Motion to Strike Motion to Withdraw Guilty Plea [#50]. Defendant's Motion to Withdraw Guilty Plea [#49] is hereby **STRICKEN**.

**IT IS SO ORDERED.**

                                                      /s/ Algenon L. Marbley
                                                     **ALGENON L. MARBLEY**
                                                     **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: July 21, 2020**