Judge Algenon Marbley- 9-22-20

I am sorry to bother you, your honor, especially as I know many are dealing with the complications of running the Judicial System w/ the new health concerns stemming from Covid-19, so I know things are severely backed up and placing strain on the system itself as well as the many individuals who must evolve with it.

But I need to speak to my Attorney Stacy McDonald about the possibility of Withdrawing my Guilty Plea, on case # CR2-19-116 US v Sean Hersa. I was recently granted access to some legal books in regards to plea agreements and Federal Sentencing Guidelines and I did not fully understand the implications of the waivers involved in the plea agreement, from the FOIA, to the point system for sentencing, waving my right to appeal as well as a couple other complex factors, and I now have many questions to ask my attorney about the agreement itself. But before I do or do not withdraw my plea, can I postpone any hearing or sentencing date until I can meet my Attorney Stacy McDonald and discuss these things in greater detail.

There are a few matters that have come to my attention that make it impossible for me to knowingly and intelligently plea guilty and surrender some rights the waivers demand, I simply respectfully ask the court for additional time to consult with my Attorney to discuss it and gain a better understanding of it. I am facing a substantial prison sentence, and I am happy with my Attorney and respect her and her knowledge of the law, but I desperately need to conversate with her about this before a sentencing date is set.

I have also recently cooperated with authorities and that may change some things in my plea agreement, and recently I found that statistically when people cooperate w/ authorities it is often indicative of a reduced likelihood of recidivism. Therefore I respectfully ask this honorable court if you will in all fairness understand and empathize this very important decision that will change the trajectory and future of my life and give me additional time before setting a sentencing date so I can learn more before I give up

the very rights afforded to me by the laws

Thank You For Your Time

Sean Heisa

Sean Heisa
Pickaway County Jail
600 Island Rd
Circleville, Oh 43113


US v Sean Heisa
    Case # CR2-19-116

Attorney Stacey MacDonald