Judge Marbley — (REQUEST <u>IN PERSON</u> SENTENCING) with reasons to support! Sept 23, 2021

Sorry to bother you or the courts, your honor. I'm writing it hoping to refrain from inconveniencing the court or wasting it's time. I was originally scheduled to be sentenced on 9-17-21, and had plenty of time to notify my daughter and mother of that date so they could be involved with it either on video or in person. Previously I requested in person sentencing but was concerned that I'd get rushed into court and be unable to give them advance notice if things cleared up because the court would be backed up, that's why I requested video monitor so my attorney could get a court date established 60 days or so in advance to notify my mother and daughter so they could be involved. The reason I'm so adamant about them being involved is because a portion of my plea agreement has to do with a court order for the DRC (I'm currently a sentenced inmate in State prison on unrelated charges) to transfer me to a different prison for my safety (safety issue would be easier to explain in person but it's been discussed with prosecutor which is why the court order is being requested) and also to make it easier to monitor my mail in a controlled setting because my charges before you involve the mail. I want them there so they can understand firsthand so they can attempt to assist by calling DRC and pressing the issue because I already have concerns they won't honor it and I don't expect you guys to follow up after sentencing as the courts will be busy with other matters, it will motivate them to pursue it if they hear it firsthand it's a court order as well as hearing details as I wish to explain on record by making a verbal statement on the record at sentencing. I want them to have plenty of time to get off work and have a computer/phone or transportation to be involved. But I received a notice on 9-16-21 stating it was changed from 9-17 to 10-1, my mail takes longer to mail and/or receive because I'm currently detained in Indiana. I've spent time since that notice trying to contact my mother and daughter and have had problems doing so until today I got through today is Sept 22, 2021. Upon reaching them I found out my mother is in hospital with Covid complication, as she already had respiratory problems previous to getting Covid. My daughter has spent so much time missing work and school that it's impossible for them to be involved in my sentencing on Oct 1, they need more notice if my mother even recovers at all because I'm concerned about that as well. 5 minutes after receiving this information I was writing this letter to attempt to ask court to reschedule that sentencing date, I also intend to contact my attorney Stacy MacDonald in morning during business hours. So I want to make a Formal Request For In Person Sentencing At A Later Date that gives me time to have them involved, so they have time to once again prepare. As I stated mail gets to me at later dates because I'm being housed in Indiana. So CAN I PLEASE REQUEST TO THE COURT FOR

IN PERSON SENTENCING WITH ATLEAST 3 WEEK NOTICE IN ADVANCE TO NOTIFY THEM TO CLEAR SCHEDULE TO BE PRESENT. I am already doing a 38yr prison sentence in Ohio State Prison on unrelated charges. And I really need to work this out because it has to do with my SAFETY because I FEAR FOR MY LIFE AT PRISON IM SERVING THE SENTENCE ON. My safety (though inexcusable) was a major factor in my current crime, that as well as issues with them prescribing the proper medications for my Mental Illnesses as recorded since childhood, and a Federal Court order and outside support may be only way to fix it. I Am on proper medication now that ive been on since childhood but State DRC refuse to give it. As you can see there are complicated factors and I simply would like to please request in person sentencing with atleast 3 week advance notice of the date so I can notify them. I already pled guilty and dont want to change that, the only thing remaining is that sentencing, so I hope the courts can consider this valid reasoning to request in person sentencing, I also if I go to court Oct I wish to place this on record too. Thank you for your Time And Concern.

<u>REQUEST- FOR IN PERSON SENTENCING AT A LATER DATE</u>

Attorney is Stacey MacDonald phone # 614-469-2994

Respectfully Submitted
SEAN HEISA