United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                            Case No. 2:19-cr-116

Sean Heisa

_____

COURTROOM MINUTES
Sentencing

| U.S. District Chief Judge Algenon L. Marbley | | Date:   April 29, 2022 @ 10:00 a.m. | |
|---|---|---|---|
| Deputy Clerk: | Diane Stash | Counsel for Govt: | Jessica Knight |
| Court Reporter: | Shawna Evans | Counsel for Deft(s): | Stacey MacDonald |
| Interpreter | N/A | Pretrial/Probation: | Emily Mueller |

Defendant sentenced to sixty (60) months of incarceration on Counts 1 and 4 of the Indictment to run concurrently; forty-eight (48) months on Count 7 to run consecutively to Counts 1 and 4; and fifty-four (54) months on Count 14 to run concurrently with all Counts.

Defendant sentenced to three (3) years of supervised release on Counts 1, 4, 7 and 14, to run concurrently.

Restitution ordered in the amount of $27,715.69; no fine imposed; special assessment of $400 is applied.

Defendant remanded to custody of BOP.